UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Case No. CR109-085 |
| v. | ) ) | **COUNT ONE** Driving While Registration |
| ERIC T. CHRISTIAN, II, | ) ) | Suspended 18 U.S.C. §§ 7 & 13 |
| Defendant. | ) ) | O.C.G.A. § 40-6-15(a) |

### ORDER OF DISMISSAL

The matter is now before the Court on the Government's "Motion to Dismiss" the above-captioned case. (Doc. No. 8). The Court finds an evidentiary basis for the dismissal[1]. Therefore, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court, the motion is **GRANTED**.

SO ORDERED this ___5th___ day of August, 2009, at Augusta, Georgia.

W. LEON BARFIELD
UNITED STATES MAGISTRATE JUDGE

---

[1] The Government states that, upon further investigation, there was not sufficient evidence to prove the Defendant guilty of the alleged offense.